**UNITED STATES COURT OF APPEALS**
**FOR THE FIRST CIRCUIT**
24-1715

RODOLFO CARR,
      Petitioner- Appellant,

v.

KENNETH LIZOTTE,
      Respondent-Appellee.

**RESPONDENT'S ASSENTED-TO MOTION TO EXTEND**
**TIME FOR FILING HIS BRIEF**

      Respondent-appellee in the above-entitled case hereby respectfully moves to extend the time for filing his brief to June 11, 2025. Respondent's brief is currently due on May 12, 2025. In support of this motion respondent states:

1) This is an appeal from the dismissal of a federal habeas petition for a writ of habeas corpus, in which petitioner, Rodolfo Carr, is challenging his 2004 Suffolk County conviction for first-degree murder.

2) On July 16, 2024, the district court (O'Toole, D.J.) issued a memorandum and order dismissing the petition for a writ of habeas corpus. On December 4, 2024, this Court granted petitioner's motion for a Certificate of Appealability ("COA") "on the question of a speedy trial, and on the related question of the effectiveness of the assistance of counsel."

3) Petitioner filed his brief on February 11, 2025

4) On March 5, 2025, I, undersigned counsel, filed an assented-to motion to extend the time for filing respondent's brief because I was working on a brief in the matter of Dean Tran v. Commonwealth, SJC-13641, that was due in the Massachusetts Supreme Judicial Court on March 12, 2025, but for which I was requesting an

extension to April 18, 2025; I had an argument scheduled in the Massachusetts Appeals Court on April 10, 2025; I was working on providing representation to the Norfolk District Attorney's Office ("NDAO") on a matter in the federal district court; and, I had a pre-planned vacation scheduled for the week of April 21, 2025. That motion was allowed by this Court on March 12, 2025.

5) Due to the complicated and novel issues raised in the <u>Tran</u> matter, I was not able to file my brief in the <u>Tran</u> matter until April 14, 2025, and shortly thereafter was notified that oral argument in that matter would be held on May 7, 2025. Upon returning from my vacation on April 28, 2025, I also had to prepare a response to a motion in the federal district court matter on behalf of the NDAO that was due by May 4, 2025. For the past several days, I have also needed to dedicate time to preparing for my oral argument in the <u>Tran</u> matter.

6) Although I have been trying to devote as much time to this brief as possible since I filed my brief in the <u>Tran</u> matter, given my schedule and the size of the record, I will need additional time to make sure that I have carefully reviewed the record in full, and to further research and draft my arguments. Once I have completed a draft of my brief, I will also need to submit it to my supervisors for their review and make any necessary edits. Further, I anticipate that over the next few weeks, I will also need to attend to other work matters, including the federal district court matter in which I am representing the NDAO.

7) I have conferred with petitioner's counsel, Cathryn Neaves, and petitioner's counsel has assented to the proposed extension.

Wherefore, respondent moves the Court to extend the time for filing his brief in this case to June 11, 2025

Respectfully submitted,

ANDREA JOY CAMPBELL
Attorney General

*/s/ Tara L. Johnston*
Tara L. Johnston
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2677
tara.johnston@mass.gov
Dated:  May 5, 2025               First Circuit No. 1196249

## CERTIFICATE OF SERVICE

I hereby certify that, on May 5, 2025, I electronically filed the foregoing document with the United States Court of Appeals for the First Circuit by using the CM/ECF system.  I certify that counsel for petitioner, Cathryn Neaves, is registered as an ECF filer and that she will be served by the CM/ECF system.

*/s/ Tara L. Johnston*
Tara L. Johnston
Assistant Attorney General